1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

NICHOLAS BERTRAM,  individually and on
behalf of all others similarly situated,

Plaintiff,

v.

EDUCATION LOAN SOURCE, INC., a
Delaware corporation,

Defendant.

NO.  13-cv-1809-L-NLS

**NOTICE OF VOLUNTARY
DISMISSAL OF PLAINTIFF'S
INDIVIDUAL CLAIMS AGAINST
DEFENDANT WITH PREJUDICE**

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF VOLUNTARY DISMISSAL
OF PLAINTIFF'S INDIVIDUAL CLAIMS
AGAINST DEFENDANT WITH
PREJUDICE - 1

1  TO:     ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that on September 6, 2013, or as soon thereafter as can be

3  heard, Plaintiff Nicholas Bertram, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

4  hereby dismisses his individual claims in the above entitled action against Defendant Education

5  Loan Source, Inc. **WITH PREJUDICE**.

6          DATED: September 6, 2013

7                                          TERRELL MARSHALL DAUDT & WILLIE PLLC

8

9                              By:   /s/ Beth E. Terrell, CSB #178181
                                     Beth E. Terrell, CSB #178181
10                                   Email: bterrell@tmdwlaw.com
                                     Michael D. Daudt, CSB #161575
11                                   Email: mdaudt@tmdwlaw.com
                                     936 North 34th Street, Suite 300
12                                   Seattle, Washington  98103
                                     Telephone:  (206) 816-6603
13                                   Facsimile:  (206) 350-3528

14
                                     Rob Williamson, WSBA #11387
15                                   Email:  roblin@williamslaw.com
                                     Kim Williams, WSBA #9077
16                                   Email: kim@williamslaw.com
                                     WILLIAMSON & WILLIAMS
17                                   2339 West Viewmont Way West
                                     Seattle, Washington  98199
18                                   Telephone: (206) 466-6230
                                     Facsimile:  (206) 535-7899
19

20                                   *Attorneys for Plaintiff and the Proposed Class*

21

22

23

24

25

26

NOTICE OF VOLUNTARY DISMISSAL
OF PLAINTIFF'S INDIVIDUAL CLAIMS
AGAINST DEFENDANT WITH
PREJUDICE - 2

**CERTIFICATE OF SERVICE**

I, Beth E. Terrell, hereby certify that on September 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  On September 6, 2013, I caused a true and correct copy of the foregoing to be delivered via U.S. Mail and electronic mail to the following:

> Douglas L. Feist
> Vice Chairman and General Counsel
> National Lending Associates, Inc.
> Education Loan Source, Inc.
> 11526 Sorrento Valley Road, Suite G
> San Diego, California  92121
> Telephone:  (858) 720-6801
> Facsimile:  (858) 720-3801
> doug.feist@edloansource.com

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   /s/ Beth E. Terrell, CSB #178181
    Beth E. Terrell, CSB #178181
    Email: bterrell@tmdwlaw.com
    Michael D. Daudt, CSB #161575
    Email: mdaudt@tmdwlaw.com
    936 North 34th Street, Suite 300
    Seattle, Washington  98103
    Telephone:  (206) 816-6603
    Facsimile:  (206) 350-3528

*Attorneys for Plaintiff and the Proposed Class*

NOTICE OF VOLUNTARY DISMISSAL
OF PLAINTIFF'S INDIVIDUAL CLAIMS
AGAINST DEFENDANT WITH
PREJUDICE - 3